

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-11-00382-CV

_____

**AURORA BANK, FSB,**

$\hspace{6cm}$ **Appellant**

 **v.**

**CYNTHIA HORNE AND**
**IRON MOUNTAIN MEDICAL CENTER, LLC,**

$\hspace{6cm}$ **Appellees**

_____

**From the 12th District Court**
**Madison County, Texas**
**Trial Court No. 11-12650-012-10**

_____

## MEMORANDUM  OPINION

_____

Appellant Aurora Bank FSB and Appellees Cynthia Horne and Iron Mountain Medical Center, LLC, have filed a joint motion to dismiss. *See* TEX. R. APP. P. 42.1(a)(2). It states that Appellant and Appellees have entered into a settlement agreement and that, due to settlement, the parties jointly seek an order from this Court dismissing this appeal and taxing costs against the party or parties incurring same. The motion is granted. The appeal is dismissed, and costs are taxed against the party or parties incurring same.

REX D. DAVIS
Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed October 18, 2012
[CV06]